IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Builders FirstSource – Southeast Group, LLC, | Civil Action No. 2:20-cv-00654-RMG |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** <br> with prejudice <br> *as to* <br> **Arch Specialty Insurance Company and Charleston Exteriors, LLC,** *only* |
| Arch Specialty Insurance Company, Western World Insurance Company, Charleston Exteriors, LLC and Hurley Services, LLC, | |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties in this case hereby stipulate that the above-captioned civil action is dismissed, with prejudice, as to Arch Specialty Insurance Company and Charleston Exteriors, LLC, ***only***.  The parties further stipulate that each party hereto shall be responsible for that party's own costs and attorneys' fees arising out of this case.

 _s/Keating L. Simons_
Keating L. Simons, III
SIMONS AND DEAN
147 Wappoo Creek Driver, Suite 604
Charleston, SC  29412
klsimons@simonsanddean.com
**Counsel for Plaintiff Builders First Source-Southeast Group, LLC**

 _s/Christopher Clay Olson_
Christopher Clay Olson
HARPER LITTLE, PLLC
164 Market Street, Suite 139
Charleston, SC  29401
clay@harperwhitwell.com
**Counsel for Defendant Charleston Exteriors, LLC**

 _s/Jeffrey M. Bogdan_
Jeffrey M. Bogdan
BARNWELL WHALEY PATTERSON & HELMS, LLC
211 King Street, Suite 300
Charleston, SC  29401
jbogdan@barnwell-whaley.com
**Counsel for Defendant Arch Specialty Insurance Company**

 _s/John E. Cuttino_
John E. Cuttino
GALLIVAN, WHITE & BOYD, PA
P.O. Box 7368
Columbia, SC  29202
(803) 724-1714
jcuttino@gwblawfirm.com
**Counsel for Hurley Services, LLC and Western World Insurance Company**

{01085615.DOCX.1 }